Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Robin E. Estes

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ROBIN E. ESTES, | ) | Case No.: CV 10-8046 JHN (FFM) |
|---|---|---|
| Plaintiff, | ) | {PROPOSED} ORDER AWARDING |
| | ) | EQUAL ACCESS TO JUSTICE ACT |
| vs. | ) | ATTORNEY FEES AND EXPENSES |
| | ) | PURSUANT TO 28 U.S.C. § 2412(d) |
| MICHAEL J. ASTRUE, | ) | AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, | ) | U.S.C. § 1920 |
| | ) | |
| Defendant | ) | |
| | ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,400.00 as

authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by

28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  September 8, 2011

/S/ FREDERICK F. MUMM
THE HONORABLE FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE

-1-